Edward J. Hood (#035060)
Christopher T. Curran (#032583)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email:    ehood@clarkhill.com
             ccurran@clarkhill.com

*Attorneys for Defendant McCarthy Building Companies, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendell Munyon, a single man,<br><br>             Plaintiff,<br><br>vs.<br><br>McCarthy Building Companies, Inc., a Missouri corporation; John and Jane Does I-X; and ABC Entities I-X,<br><br>             Defendants. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>Diversity of Citizenship<br>28 U.S.C. §§ 1332, 1441 & 1446<br><br>Removed from the Pima County Superior Court<br>Case No. C20234169 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant McCarthy Building Companies, Inc. ("McCarthy"), through counsel, hereby removes this action from the Pima County Superior Court to the United States District Court for the District of Arizona on the following grounds:

1.    Plaintiff Wendell Munyon ("Plaintiff") originally commenced this action against McCarthy, on or about September 8, 2023, by filing a Summons, Rule 102a Fastar Certificate, and Complaint in the Pima County Superior Court, Case No.

C20234169 (the "State Court Action"). A true and accurate copy of the Summons, Rule 102a Fastar Certificate, and Complaint are attached hereto as **Exhibit 1**.

2.    On or about September 15, 2023, McCarthy was served with the Summons, Rule 102a Fastar Certificate, and Complaint. The Notice of Service of Process is attached hereto as **Exhibit 2**.

3.    An Affidavit of Service was filed on September 20, 2023, which is attached hereto as **Exhibit 3**.

4.    A notice of appearance by McCarthy's counsel was filed on October 12, 2023, which is attached hereto as **Exhibit 4**.

5.    The State Court Action record is attached hereto as **Exhibits 1-4**.

6.    A true and accurate copy of the most recent state court docket is attached hereto as **Exhibit 5**.[1]

7.    The State Court Action involves allegations of premises liability, negligence, and negligence *per se* relating to Plaintiff's alleged injuries he sustained while working. While McCarthy disputes Plaintiff's allegations against it, the Complaint alleges that Plaintiff is entitled to receive unspecified general damages, special damages, lost income, lost earning capacity, and costs. *See* **Exhibit 1**, Complaint at p. 9.

8.    According to the Complaint, Plaintiff is domiciled in the State of Arizona. *See* **Exhibit 1**, Complaint, ¶ 1. Accordingly, Plaintiff is a citizen of the State of Arizona for purposes of this Court's jurisdiction. *Mississippi Band of Choctaw Indians v. Holyfield*, 490 U.S. 30, 48 (1989) (recognizing that, for purposes of diversity jurisdiction, an individual is a citizen of the state in which that individual is domiciled, as defined by the individual's (1) physical presence within a state; and (2) intent to remain indefinitely).

9.    McCarthy is a corporation organized and existing under the laws of the State of Missouri with its principal place of business in the State of Missouri. McCarthy

---

[1] The online docket has not updated as of the date of this Notice to include the Notice of Appearance entered on October 12, 2023.

is a citizen of Missouri for purposes of this Court's jurisdiction. 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010) (holding that a corporation's "principal place of business" is the corporation's "nerve center" – *i.e.* where its "officers direct, control, and coordinate the corporation's activities").

10.    While the Complaint names as defendants certain other parties under fictitious names, "[i]n determining whether a civil action is removable on the basis of the jurisdiction under [28 U.S.C. § 1332(a)] the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1).

11.    Given that Plaintiff is a citizen of Arizona and McCarthy is a citizen of Missouri, there is complete diversity of citizenship between the parties.

12.    Additionally, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  Plaintiff designated this action as a Tier 3 matter under Rule 26.2 of the Arizona Rules of Civil Procedure." *See* **Exhibit 1**, Complaint, ¶ 63. A Tier 3 discovery designation is for actions in which the Plaintiff is seeking $300,000 or more in damages. *See* Ariz.R.Civ.P. 26.2(c)(3)(C).

13.    Removal is proper because this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a).

14.    The State Court Action may be removed to this Court, pursuant to 28 U.S.C. §1441(a), because it is the District located in Pima County, Arizona, in which this action was pending before removal.

15.    This Notice of Removal is timely filed because it was filed within thirty (30) days after receipt by McCarthy, through formal service of process, of the Summons, Complaint and Certificate of Compulsory Arbitration of Plaintiff.  *See* 28 U.S.C. § 1446(b).

16.    Pursuant to LRCiv 3.6(a), a Civil Cover Sheet is attached hereto.

17.    Pursuant to LRCiv 3.6(a) and (b), a Supplemental Civil Cover Sheet is attached hereto.

18.    Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal will be filed with the Clerk for the Superior Court of the State of Arizona, County of Pima, and will also be served upon Plaintiff.  A copy of the written Notice of Filing of Notice of Removal that is concurrently being filed and served is attached hereto as **Exhibit 6**.

19.    McCarthy reserves the right to amend and/or supplement this Notice of Removal.

WHEREFORE, McCarthy respectfully requests that this action be removed and that this Court assume full jurisdiction over this case as provided by law.

DATED this 13th day of October, 2023.

**CLARK HILL PLC**

By: _s/ Christopher T. Curran_
  Edward J. Hood
  Christopher T. Curran
  *Attorneys for Defendant McCarthy Building Companies, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## VERIFICATION OF EDWARD J. HOOD

I, Edward J. Hood, verify as follows:

1.      I am an active member in good standing of the State Bar of Arizona and a member with the law firm of Clark Hill PLC, the counsel of record for Defendant McCarthy Building Companies, Inc.

2.      I have firsthand knowledge of the matters set forth herein.  I submit this verification pursuant to LRCiv 3.6 and Fed. R. Civ. P. 11.

3.      I hereby verify that attached to this Notice of Removal are the true and correct copies of all pleadings and other documents filed in the State Court Action.

I verify that the foregoing is true and correct.

**CLARK HILL PLC**

By: _s/ Edward J. Hood_
    Edward J. Hood

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court this 13th day of October, 2023, via the CM/ECF system and also served the foregoing by regular mail and email to:

Mark S. O'Connor
Alex Morris
**BUES GILBERT MCGRODER PLLC**
701 North 44th Street
Phoenix, Arizona 85008-6504
moconnor@beusgilbert.com
amorris@beusgilbert.com
*Attorneys for Plaintiff*


Nicolas A. Verderame
Frank Verderame
**PLATTNER VERDERAME, P.C.**
316 East Flower Street
Phoenix, Arizona 85012
nverderame@pvazlaw.com
fverderame@pvazlaw.com
*Attorneys for Plaintiff*


  *s/ Raelyn Gilkison*

475286\273667343.v3

# EXHIBIT 1

Person/Attorney Filing: Alex Morris
Mailing Address: 701 N. 44th St.
City, State, Zip Code: Phoenix, AZ 85008
Phone Number: (480)429-3031
E-Mail Address: amorris@beusgilbert.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 035239, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Wendell Munyon
Plaintiff(s),
v.
McCarthy Building Companies, Inc.,
et al.
Defendant(s).

Case No.  C20234169

**SUMMONS**

HON. KYLE BRYSON

To: McCarthy Building Companies, Inc.

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #8247042

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PIMA



SIGNED AND SEALED This Date: 9/8/2023
Gary L. Harrison
Clerk of the Superior Court

By:    ALAN WALKER /s/
        Deputy Clerk

AZturboCourt.gov Form Set #8247042

PERSON/ATTORNEY FILING: Alex Morris
MAILING ADDRESS: 701 N. 44th St.
CITY, STATE, ZIP CODE: Phoenix, AZ 85008
PHONE NUMBER: (480)429-3031
E-MAIL ADDRESS: amorris@beusgilbert.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 035239, Issuing State: AZ

FILED
Gary L. Harrison
CLERK, SUPERIOR COURT
9/8/2023 2:17:02 PM
BY: ALAN WALKER /s/
DEPUTY
Case No. C20234169
HON. KYLE BRYSON

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Wendell Munyon
Plaintiff(s),

V.

McCarthy Building Companies, Inc.,
et al.
Defendant(s).

CASE NO: _____

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b

and certifies that this case:

## (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☐ **DOES** meet the eligibility criteria established by Rule 101b; or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

Alex Morris /s/
_____
SIGNATURE

AZturboCourt.gov Form Set #8247042

FILED
Gary L. Harrison
CLERK, SUPERIOR COURT
9/8/2023 2:17:02 PM
BY: ALAN WALKER /s/
DEPUTY
Case No. C20234169
HON. KYLE BRYSON

**BEUS GILBERT MCGRODER** PLLC
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA  85008-6504
TELEPHONE (480) 429-3000

Mark S. O'Connor | 011029 | moconnor@beusgilbert.com
Alex Morris | 035239 | amorris@beusgilbert.com

Nicholas A. Verderame | 030683 | nverderame@pvazlaw.com
Frank Verderame | 007519 | fverderame@pvazlaw.com
PLATTNER VERDERAME, P.C.
316 E. Flower St.
Phoenix, Arizona 85012
Telephone: (602) 266-2002
Fax: (602) 266-6908
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| WENDELL MUNYON, a single man, | No. |
| Plaintiff, | |
| v. | **COMPLAINT** |
| MCCARTHY BUILDING COMPANIES, INC., a corporation doing business in Arizona; JOHN and JANE DOES I-X; and ABC Entities I-X, | (Tort –Premises Liability; Negligence; Negligence *Per Se*) |
| Defendants. | (Jury Trial Requested) |

Plaintiff Wendell Munyon, by and through counsel undersigned, and for his causes of action against Defendants, hereby asserts, avers, and alleges as follows:

### PARTIES

1.     At all times material to this Complaint, Plaintiff Wendell Munyon (hereafter "Wendell"), a single man, was a resident of Pima County in the State of Arizona.  Wendell currently resides in Tucson in the State of Arizona.

(Munyon) Complaint(1303621.3).docx

1       2.      Upon information and belief, Defendant McCarthy Building Companies,

2   Inc. ("Defendant McCarthy") is a Missouri corporation, doing business in the State of

3   Arizona, with its principal place of business in St. Louis, Missouri.

4       3.      Defendants John and Jane Does I-X and ABC Business Entities I-X are

persons, corporations, companies, partnerships, or other entities which are believed to

5   have participated in the wrongs alleged in this Complaint. Leave to amend will be sought

6   when the true identities of these defendants become known.

7       4.      All defendants are collectively known as "Defendants."

8       5.      At all times relevant to this Complaint, individuals employed by Defendant

9   McCarthy were acting within the course and scope of their employment and/or agency

10   with Defendant McCarthy. Defendant is vicariously liable and responsible for actions,

11   omissions, and/or negligence on the part of such individuals in connection with acts and

12   conduct giving rise to this action, in accordance with the doctrine of *respondeat superior*

13   and/or principal/agency and/or non-delegable duty principles. This includes without

limitation any agent, ostensible or actual agent, or employee of Defendant who

14   participated in any manner in the negligent conduct and omissions described herein.

15                 **JURISDICTION AND VENUE**

16       6.      Plaintiff has suffered damages in an amount that exceeds the jurisdictional

17   minimum of this Court.

18       7.      The acts and events hereinafter are alleged to have occurred in Pima

19   County, Arizona.

20       8.      Defendants, each of them, caused the events complained of herein to occur

in Pima County, Arizona, out of which the allegations and causes of action set forth in

21   this Complaint arise.

22       9.      This Court has jurisdiction to hear and enter a judgment in this matter

23   pursuant to Ariz. Const. Art. 6, § 14, and A.R.S. § 12-123.

24       10.     Venue is proper in this Court pursuant to A.R.S. § 12-401.

25

2

1303621.3

1

## FACTUAL ALLEGATIONS

2          11.    Defendant McCarthy describes itself on its website as "One of the largest

3  and most diversified commercial construction companies in America."

4          12.    Defendant McCarthy has declared on its website, "[W]e are committed to

5  providing a safe working environment …."

6          13.    Defendant McCarthy's Senior Vice President for National Safety, Kevin

  Maitland, has explained: "Safety should be the most important thing your builder does on

7  every project, every day."

8          14.    Mr. Maitland went on to note, "Builders that make safety a core value learn

9  how to quickly address new challenges.  The more experience a builder has adapting and

10  integrating a safety program, the faster their teams will embrace change and adopt new

11  safety procedures."

12          15.    Mr. Maitland has also observed, "At McCarthy, safety is *always* the most

13  important thing we do."  (Emphasis in original.)

14          16.    Sometime prior to September 14, 2022, Defendant McCarthy became the

  general contractor responsible to perform construction work on property owned by the

15  University of Arizona and located at 1420 East Helen Street, Tucson, Arizona

16  ("Construction Site").

17          17.    On or about September 14, 2022, and for some time prior thereto,

18  Defendant McCarthy, through their duly authorized agents, servants, and employees,

19  possessed, controlled, managed, operated, and/or supervised the premises of the

20  Construction Site.

21          18.    As the general contractor, Defendant McCarthy had complete power and

  control over the manner in which work was to be done by other subcontractors, trades,

22  and their employees.

23          19.    As the general contractor, Defendant McCarthy had a non-delegable duty

24  to maintain the premises in a condition that was safe for subcontractors and their

25  employees and to prevent, remedy, or warn of any and all dangerous conditions.

3

1303621.3

20.    On information and belief, as the general contractor, Defendant McCarthy affirmatively assumed safety obligations and therefore is liable to Plaintiff for negligently exercising safety responsibilities.

21.    On or about September 14, 2022, and for some time prior thereto, Defendant McCarthy, through their duly authorized agents, servants, and employees, possessed, controlled, managed, operated, and/or supervised the premises of the Construction Site.

22.    On September 14, 2022, 51-year-old Wendell was an employee of Climatec, LLC, a company that specializes in energy services, building automation, and security systems contracted by Defendant McCarthy.

23.    On September 14, 2022, Wendell arrived at the Construction Site possessed, controlled, managed, operated, and or/supervised by Defendant McCarthy.

24.    On or about September 14, 2022, and for some time prior thereto, Defendant McCarthy restricted access to the Construction Site and limited access to the Construction Site through a primary access point.

25.    On the morning of September 14, 2022, the primary access point to and from the Construction Site was restricted.

26.    Since the primary access point to the Construction Site was restricted, workers had to traverse an untextured steel plate covering a ditch to get into the Construction Site.

27.    At the time Wendell traversed the untextured steel plate, he was carrying a metal box into the Construction Site.

28.    On September 14, 2022, at approximately 5:05 a.m., the untextured steel trench plate was not level and was wet and muddy.

29.    The steel trench plate did not have a textured surface, was smooth, and did not provide traction.

30.    At approximately 5:05 a.m., on September 14, 2022, while carrying the box, Wendell slipped on the steel trench plate, which caused him to fall.

4

1303621.3

31.    Three of Wendell's fingers were crushed between the box he was carrying and the steel trench plate.

32.    Wendell was taken to Banner University Medical Center and was admitted to the emergency room for treatment of his injuries.

33.    Wendell's right index, ring, and middle fingers on his right hand were crushed and fractured as a result of the fall.

34.    Due to the failure of Defendant McCarthy through its employees and/or agents to maintain and keep the Construction Site free from hazard, Wendell suffered near amputation of his right middle and right ring fingers, open fractures, and tendon injury.

35.    Because Defendant McCarthy through duly authorized agents, servants, and employees negligently caused, maintained, and/or allowed the premises of the Construction Site to remain in a dangerous and defective condition, Wendell was required to undergo surgical procedures to repair his injured hand.

36.    Because Defendant McCarthy through its duly authorized agents, servants, and employees failed to take adequate steps to remedy the hazard posed by the steel trench plate, Wendell will require additional medical care to treat his injuries including revision amputation of the right index finger.

37.    Wendell's ongoing pain, suffering, and disability caused by the negligence of Defendant McCarthy through its employees and/or agents is likely permanent.

## COUNT ONE – PREMISES LIABILITY

38.    Plaintiff incorporates by reference all previous allegations in this Complaint.

39.    Defendant McCarthy has a duty to maintain the premises of its Construction Site in a reasonably safe condition and to remedy unreasonably hazardous conditions. Defendant McCarthy further has a duty to inspect the premises and to place invitees entering the premises on notice and/or warn of unreasonably hazardous conditions.

1303621.3

40.     Defendant McCarthy breached its duties to Plaintiff by allowing the unreasonably dangerous steel trench plate to serve as an access point to and from the building.

41.     The unreasonably hazardous condition posed by the dangerous steel trench plate was reasonably foreseeable and Defendant McCarthy breached its duty to Plaintiff by failing to remedy the foreseeable risk and by failing to place Plaintiff on notice of the unreasonably hazardous condition.

42.     Defendant McCarthy's negligent, careless, and reckless acts and omissions were a direct and proximate cause of the September 14, 2022, incident in which Wendell was seriously injured.

43.     As a direct and proximate cause and result of the negligence of Defendants, Wendell sustained physical injuries and conditions which required medical diagnostics, procedures, and treatment, including but not limited to excisional debridement to the bone of the right ring finger, right ring finger tuft fracture reduction and pinning, right ring finger nailbed repair, excisional debridement to the bone of the right middle finger, right middle finger tuft fracture reduction and pinning, and right middle finger repair at the first knuckle from the top of the joint.

44.     As a direct and proximate result of Defendant's negligent, careless, and reckless acts and omissions, Wendell sustained severe, permanent, and painful injuries. The injuries have caused, and will cause, Wendell physical and mental pain and suffering which have impaired his bodily functions and his ability to perform everyday tasks, all to his damage in an amount to be proven at trial. At this time Wendell does not know whether any of said injuries are permanent and, if so, the extent of the permanency. Plaintiffs believe, and therefore allege, that said injuries may have a permanent, residual effect.

45.     As a further direct and proximate cause of Defendant's negligent, careless, and reckless acts and omissions, Wendell was forced to incur numerous and diverse medical expenses for medical care and treatment, physicians, pharmaceuticals, physical therapy, and other expenses, and is informed and believes that additional expenditures for

6

1303621.3

1    medical care and treatment, physicians, pharmaceuticals, physical therapy, and other
2    expenses, may be necessary in the future.
3        46.    As a further direct and proximate result of Defendant's negligent, careless,
4    and reckless acts and omissions, Wendell has suffered a loss of income and his earning
5    capacity has been impaired. Plaintiff's income and earning capacity may be impaired in
     the future.
6
7        47.    As a further direct and proximate result of Defendant's negligent, careless,
     and reckless acts and omissions, Wendell sustained a loss of enjoyment of life and
8    diminished ability to participate in life's activities, such as coaching little league, playing
9    basketball and playing multiple musical instruments. At this time, Wendell does not know
10   whether any of said losses are permanent, and, if so, the extent of the permanency.
11   Plaintiffs believe, and therefore, allege that said losses may have a permanent residual
12   effect.
13       48.    As a further direct and proximate result of Defendant's negligent, careless,
     and reckless acts and omissions, Plaintiffs have suffered other consequential damages and
14   out-of-pocket losses.
15
                        **COUNT TWO – NEGLIGENCE**
16       49.    Plaintiff incorporates by reference each of the preceding paragraphs as
17   though fully set forth herein.
18       50.    Defendants had a duty to Plaintiff to maintain the premises of its
19   Construction Site in a reasonably safe condition and to remedy unreasonably hazardous
20   conditions.
21       51.    Defendant McCarthy breached its duties to Plaintiff by allowing the
     unreasonably dangerous steel trench plate to act as means of ingress and egress to and
22   from the building.
23       52.    The negligent, careless, and reckless acts and omissions of Defendant
24   McCarthy include, but are not limited to the following:
25

1303621.3

7

    a.    Failing to provide safe means of access to and from the Construction Site

    b.    Failing to provide unobstructed areas of access to and from the Construction Site

    c.    Failing to remedy and/or warn of the hazardous condition that the unlevel, wet, and muddy steel trench plate posed

53.    The Defendants knew or should have known the unreasonably hazardous condition the dangerous steel trench plate posed to Plaintiff.

54.    As a direct and proximate result of the negligence of the Defendants, Wendell was seriously injured on September 14, 2022.

55.    As a direct and proximate result of Defendant's negligent, careless, and reckless acts and omissions, Wendell has experienced pain, discomfort, suffering, disability, disfigurement, and anxiety which are all reasonably probable to be experienced in the future.

56.    As a direct and proximate result of Defendant's negligent, careless, and reckless acts and omissions, Wendell has incurred medical bills and related expenses and will continue to incur expenses in the future in an amount presently unknown.

57.    As a direct and proximate result of Defendant's negligent, careless, and reckless acts and omissions, Wendell lost time from his employment and has suffered a loss of earnings both past and into the future.

58.    As a further direct and proximate result of Defendant's negligent, careless, and reckless acts and omissions, Wendell sustained a loss of enjoyment of life and diminished ability to participate in life's activities to the quality and extent he normally enjoyed before the injury.

## COUNT THREE – NEGLIGENCE *PER SE*

59.    Plaintiff hereby restates and re-alleges each and every allegation above as if fully set forth herein.

1303621.3

60.    Defendants breached workplace safety regulations promulgated by the Department of Labor's Occupational Safety and Health Administration ("OHSA") and/or the Arizona Division of Occupational Safety and Health ("ADOSH").

61.    The code provisions, regulations and guidelines breached by the Defendants in this case were designed for the protection and safety of persons and entities in Plaintiff's position.

62.    Defendants' breach of these code provisions, regulations, and guidelines constitutes negligence *per se*.

RULE 26.2 TIER ALLEGATION

63.    Due to the severe negligent conduct of Defendants, and the losses experienced by Wendell, Wendell is entitled to damages at a Tier 3 level within the criteria of Rule 26.2(b)(2).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.    For general damages in an amount deemed fair and reasonable by a jury, but in any even well in excess of the minimum jurisdictional limits of this Court;

2.    For past future and special damages in an amount to be proven at trial;

3.    For the value of Wendell's lost income;

4.    For the value of Wendell's lost earning capacity;

5.    For all costs incurred herein; and

6.    For such other and further relief as the Court and jury deem just and proper.

9

1    DATED this 8th day September 2023.

2                                      BEUS GILBERT MCGRODER PLLC

3

4                                      By /s/ Alex Morris
                                           Mark S. O'Connor
5                                          Alex Morris
                                           701 North 44th Street
6                                          Phoenix, Arizona 85008-6504
                                           (480) 429-3000
7                                          moconnor@beusgilbert.com
                                           amorris@beusgilbert.com
8

9                                      PLATTNER VERDERAME PC

10

11                                     By /s/ Nicholas A. Verderame
                                           Nicholas A. Verderame
12                                         316 East Flower Street
                                           Phoenix, Arizona 85012
13                                         (602) 266-2002
                                           nverderame@pvazlaw.com
14
                                           Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

                                  10

# EXHIBIT 2



null / ALL
**Transmittal Number: 27655191**
**Date Processed: 09/15/2023**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Matthew Lawson<br>McCarthy Building Companies, Inc.<br>20401 SW Birch St.<br>Ste 300<br>Newport Beach, CA 92660-1798 |
| **Electronic copy provided to:** | Anne Ragland<br>Trish Sanchez-Hyde<br>Sally Ballard<br>Jacqueline Johnson |

| | |
|---|---|
| **Entity:** | McCarthy Building Companies, Inc.<br>Entity ID Number  3315761 |
| **Entity Served:** | McCarthy Building Companies, Inc. |
| **Title of Action:** | Wendell Munyon vs. McCarthy Building Companies, Inc. |
| **Matter Name/ID:** | Wendell Munyon vs. McCarthy Building Companies, Inc. (14608673) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Pima County Superior Court, AZ |
| **Case/Reference No:** | C20234169 |
| **Jurisdiction Served:** | Arizona |
| **Date Served on CSC:** | 09/15/2023 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Beus Gilbert McGroder PLLC<br>480-429-3000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

# EXHIBIT 3

FILED
Gary L. Harrison
CLERK, SUPERIOR COURT
9/20/2023 1:08:48 PM
BY: ALAN WALKER /s/
DEPUTY
Case No. C20234169
HON. KYLE BRYSON

Beus Gilbert McGroder PLLC
701 N 44th St
Phoenix, AZ 85008
(480) 429-3115

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

WENDELL MUNYON                                    Case Number: C20234169

· Plaintiff,                     **AFFIDAVIT OF SERVICE**

    vs.

**MCCARTHY BUILDING COMPANIES INC. et al.**
                 Defendant.

Received by HOT SHOT DELIVERY INC. on the 13th day of September, 2023 at 11:31 am to be served on McCarthy Building Companies Inc., C/O Corporation Service Company, Statutory Agent, 8825 N 23rd Ave #100, Phoenix, AZ 85021.

I, Christopher Turnage - Badge MC8160, being duly sworn, depose and say that on the **15th day of September, 2023** at **12:34 pm, I:**

**PERSONALLY:** served by delivering a true copy of the **Summons, Complaint, Fastar Certificate** with the date and hour of service endorsed thereon by me, to: **Mike Vernon as Service of Process Coordinator** for **Corporation Service Company**, registered agent for **McCarthy Building Companies Inc.** at the address of: **8825 N 23rd Ave #100, Phoenix, AZ 85021**, and informed said person of the contents therein in compliance with state statutes and stating to me at the time of service that he/she is authorized to accept service of process.

**Description** of Person Served: Age: 62, Sex: M, Race/Skin Color: Cauc, Height: 5-6, Weight: 270, Hair: Grey, Glasses: Y

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

Subscribed and Sworn to before me on the ___15th___ day
of ___September, 2023___ by the affiant who is
personally known to me.

NOTARY PUBLIC

KATRINA PRENTICE
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 642537
Expires February 26, 2027

Christopher Turnage - Badge MC8160
Licensed Process Server

**HOT SHOT DELIVERY INC.**
**236 East Pima Street**
**Suite 106**
**Phoenix, AZ 85004**
**(602) 277-4747**

Our Job Serial Number: DEK-2023002116
Ref: 100841-000001
Service Fee: $78.20

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.0n



# EXHIBIT 4

1
2
3
4
5
6
7

Edward J. Hood (#035060)
Christopher T. Curran (#032583)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email:  ehood@clarkhill.com
　　　 ccurran@clarkhill.com

*Attorneys for Defendant McCarthy Building Companies, Inc.*

8
9

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF PIMA**

10
11
12
13
14
15
16
17

| | |
|---|---|
| WENDELL MUNYON, a single man, | Case No.: C20234169 |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT** |
| v. | (Assigned to the Hon. Kyle Bryson) |
| MCCARTHY BUILDING COMPANIES, INC., a corporation doing business in Arizona; JOHN and JANE DOES I-X; and ABC ENTITIES I-X, | |
| Defendant. | |

18
19
20
21
22

　　　Pursuant to Ariz. R. Civ. P. 5.3(a)(1), Edward J. Hood and Christopher T. Curran of the law firm of Clark Hill PLC give notice of their and the firm's appearance as attorneys of record for Defendant McCarthy Building Companies, Inc., and request that all future filings and court documents be sent to the address or email set forth above.

　　　DATED this 12th day of October, 2023.

23
24
25
26

**CLARK HILL PLC**

By: */s/ Edward J. Hood*　　　　　　
　　Edward J. Hood
　　Christopher T. Curran
　　*Attorneys for Defendant*

27
28

1    **ORIGINAL** of the foregoing filed
this 5th day of September, 2023, with:

2

3    The Clerk of Court
Pima County Superior Court

4    **COPY** of the foregoing electronically served the same day to:

5    Mark S. O'Connor

6    Alex Morris
**BUES GILBERT MCGRODER PLLC**

7    701 North 44th Street
Phoenix, Arizona 85008-6504

8    moconnor@beusgilbert.com

9    amorris@beusgilbert.com
*Attorneys for Plaintiff*

10

11    Nicolas A. Verderame
Frank Verderame

12    **PLATTNER VERDERAME, P.C.**
316 East Flower Street

13    Phoenix, Arizona 85012

14    nverderame@pvazlaw.com
fverderame@pvazlaw.com

15    *Attorneys for Plaintiff*

16

17    By: _/s/ Raelyn Gilkison_____

18

19

20

21

22

23

24

25

26

27

28

ClarkHill\L7031\475286\273681085.v1-10/12/23

# EXHIBIT 5



**AgaveWeb**
*Case Information and Document List*

### Case Information

| | |
|---|---|
| Case Number: | C20234169 |
| Filing Date: | 9/8/2023 |
| Caption: | WENDELL MUNYON VS. MCCARTHY BUILDING COMPANIES, INC. |
| Judge: | KYLE BRYSON |

### Party Information

| Party Full Name | Party Role | Name Type | DOB |
|---|---|---|---|
| WENDELL MUNYON | Plaintiff | True | |
| MCCARTHY BUILDING COMPANIES, INC. | Defendant | True | |

### Case/Document Information

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Affidavit | Certificate Of Service | Affidavit of Service | 9/20/2023 | Available at Courthouse |
| Open | Petition & Complaint | Complaint | 9/8/2023 | Available at Courthouse |
| Misc | Documents/Records Filed | Civil Cover Sheet | 9/8/2023 | Available at Courthouse |
| Arbitration | Fastar Certificate | FASTAR Certificate | 9/8/2023 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 9/8/2023 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 9/8/2023 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 9/8/2023 | Available at Courthouse |
| Receipt | All Money Receipts | All Money Receipts 3665907 | 9/8/2023 | Available at Courthouse |

# EXHIBIT 6

1   Edward J. Hood (#035060)
2   Christopher T. Curran (#032583)
    **CLARK HILL PLC**
3   14850 N Scottsdale Road, Suite 500
    Scottsdale, Arizona 85254
4   Telephone: (480) 684-1100
    Email:   ehood@clarkhill.com
5            ccurran@clarkhill.com

6   *Attorneys for Defendant McCarthy Building Companies, Inc.*

7              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                    **IN AND FOR THE COUNTY OF PIMA**

9   | | |
    |---|---|
    | WENDELL MUNYON, a single man, | Case No. C20234169 |
    | | |
    | Plaintiff, | **NOTICE OF FILING OF NOTICE OF REMOVAL** |
    | v. | |
    | MCCARTHY BUILDING COMPANIES, INC., a corporation doing business in Arizona; JOHN and JANE DOES I-X; and ABC ENTITIES I-X, | (Assigned to the Hon. Kyle Bryson) |
    | | |
    | Defendants. | |

16   **TO:   THE CLERK OF THE SUPERIOR COURT AND ALL PARTIES AND**
17   **THEIR ATTORNEYS**

18

19       **PLEASE TAKE NOTICE** that on October 13, 2023, Defendant McCarthy Building

20   Companies, Inc. ("Defendant") caused this action to be removed to the United States District

21   Court for the District of Arizona pursuant to 28 U.S.C. § 1332. A copy of the Notice of

22   Removal, which was filed on October 13, 2023, in the District Court, is attached as **Exhibit A**.

23   This Notice is being provided pursuant to 28 U.S.C. § 1446(d).  A copy of this Notice is being

24   provided to the Clerk of Court of the Pima County Superior Court, Arizona, as well as to the

25   Plaintiff in this case. Pursuant to 28 U.S.C. § 1446(d), this Court is respectfully requested to

proceed no further in this action.

        DATED this 13th day of October, 2023.

**CLARK HILL PLC**

By: *   /s/ Edward J. Hood        *
     Edward J. Hood
     Christopher T. Curran
     *Attorneys for Defendant McCarthy Building*
     *Companies, Inc.*

**ORIGINAL** of the foregoing filed
this 13th day of October, 2023, with:

The Clerk of Court
Pima County Superior Court

**COPY** of the foregoing electronically served the same day to:

Mark S. O'Connor
Alex Morris
**BUES GILBERT MCGRODER PLLC**
701 North 44th Street
Phoenix, Arizona 85008-6504
moconnor@beusgilbert.com
amorris@beusgilbert.com
*Attorneys for Plaintiff*

Nicolas A. Verderame
Frank Verderame
**PLATTNER VERDERAME, P.C.**
316 East Flower Street
Phoenix, Arizona 85012
nverderame@pvazlaw.com
fverderame@pvazlaw.com
*Attorneys for Plaintiff*

By*:  /s/  Raelyn Gilkison                    *

2

ClarkHill\L7031\475286\273680409.v1-10/12/23