# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendell Munyon, | No. CV-23-00470-TUC-AMM |
| Plaintiff, | **ORDER** |
| v. | |
| McCarthy Building Companies Incorporated, et al., | |
| Defendants. | |

On February 21, 2025, the parties filed a Stipulated Motion to Remand. (Doc. 34.) The parties request that the Court remand this case to the Arizona Superior Court for Pima County to conserve party and judicial resources, to promote judicial efficiency, and to avoid contradictory results. (*Id.* at 2.)

Having considered the motion, and good cause appearing,

**IT IS ORDERED** that the parties' Stipulated Motion to Remand is **GRANTED**. (Doc. 34.) This matter is remanded to the Arizona Superior Court for Pima County.

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket accordingly, term any pending motions, and close the file in this case.

Dated this 24th day of February, 2025.

Honorable Angela M. Martinez
United States District Judge